UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONAL MAGALIEL PEREZ MOLINA, FELIPE FLORES NICOLAS, JESUS ORELLANA, JULIO PENARANDA ASTUDILLO, MARCO ANTONIO SALVADOR BERNARDINO, and SEGUNDO CARLOS PALA YUICELA, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> SKYLINE RESTORATION INC. (D/B/A SKYLINE RESTORATION), JOHN KALAFATIS, VASILIOS PIERRAKEAS, RONALD DUARTE, and ERIC DOE, <br><br> Defendants. | CASE NO. 1:21-cv-00647-JMF <br><br><br> Hon. Jesse M. Furman, USDJ <br><br><br> FED. R. CIV PRO. 68 OFFER OF JUDGMENT OF DEFENDANTS SKYLINE RESTORATION INC. (D/B/A SKYLINE RESTORATION), JOHN KALAFATIS, and VASILIOS PIERRAKEAS |

TO: Plaintiffs and Plaintiffs' counsel, offeree

PLEASE TAKE NOTICE that **DEFENDANTS SKYLINE RESTORATION INC. (D/B/A SKYLINE RESTORATION), JOHN KALAFATIS, and VASILIOS PIERRAKEAS, offeror**, hereby serves upon you an offer to allow judgment for **Fifteen Thousand Dollars ($15,000.00) inclusive of reasonable attorneys' fees, costs, and expenses and pre-judgment interest**.

PLEASE TAKE FURTHER NOTICE that if, within 14 days after being served, you serve written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

PLEASE TAKE FURTHER NOTICE that per Fed. R. Civ. Pro. 68(d), if the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must

1

pay the costs (including legal fees) incurred after the offer was made.

Dated: Bronx, New York
       March 5, 2021

                                                    Yours, etc.,

                                                    _____
                                                    Michael H. Maizes, Esq. (MHM6946)
                                                    MAIZES & MAIZES, LLP
                                                    Attorneys for Defendants
                                                    Skyline Restoration Inc. (d/b/a Skyline
                                                    Restoration), John Kalafatis, and Vasilios
                                                    Pierrakeas
                                                    2027 Williamsbridge Road
                                                    Bronx, New York 10461-1630
                                                    (718) 823-4000


To:    Attorneys for Plaintiffs
       Via email (FRCP § 5(b)(1)(E) and Local Rule 6.1)
       Gennadiy Naydenskiy, Esq.
       MICHAEL FAILLACE & ASSOCIATES, P.C.
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       gnaydenskiy@faillacelaw.co

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DONAL MAGALIEL PEREZ MOLINA, FELIPE FLORES NICOLAS, JESUS ORELLANA, JULIO PENARANDA ASTUDILLO, MARCO ANTONIO SALVADOR BERNARDINO, and SEGUNDO CARLOS PALA YUICELA,** individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>**SKYLINE RESTORATION INC. (D/B/A SKYLINE RESTORATION), JOHN KALAFATIS, VASILIOS PIERRAKEAS, RONALD DUARTE, and ERIC DOE,**<br><br>Defendants. | **CASE NO. 1:21-cv-00647-JMF**<br><br><br>Hon. Jesse M. Furman, USDJ |

**FED. R. CIV PRO. 68 OFFER OF JUDGMENT
OF DEFENDANTS SKYLINE RESTORATION INC. (D/B/A SKYLINE
RESTORATION), JOHN KALAFATIS, and VASILIOS PIERRAKEAS**

MAIZES & MAIZES, LLP
Attorneys for Defendants
Skyline Restoration Inc. (d/b/a Skyline Restoration), John Kalafatis, and Vasilios Pierrakeas
2027 Williamsbridge Road
Bronx, New York 10461-1630
(718) 823-4000