# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com

*Application GRANTED. The initial
pretrial conference currently scheduled
for April 29, 2021 is ADJOURNED to
**July 1, 2021** at **3:30 p.m.** The Clerk
of Court is directed to terminate
ECF No. 30. SO ORDERED.*

April 22, 2021

*April 22, 2021*

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Perez Molina et al v. Skyline Restoration Inc. et al
      21-cv-00647-JMF

Your Honor:

We represent Plaintiffs in the above referenced matter. We write jointly with appearing Defendants to respectfully request the April 29, 2021 initial conference to be adjourned *sine die*. Counsel for the parties agreed to the terms of the settlement agreement and are working towards receiving respective clients' signatures.

The non-settling defendants have not appeared. Irrespective, Plaintiffs' counsel intends to amend the complaint after the approval of the settlement with the appearing defendants. The amended complaint will not include the defaulting defendants but, will add defendants discovered through the appearing defendants[1].

Therefore, we respectfully request the April 29, 2021 initial conference be adjourned *sine die*.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

_____

[1] We will file a motion seeking permission to amend prior to filing of the amendment.

*Certified as a minority-owned business in the State of New York*

April 16, 2018
Page 2

/s/ Gennadiy Naydenskiy
Gennadiy Naydenskiy