UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
DONAL MAGALIEL PEREZ MOLINA et al.,
*individually and on behalf of others similarly situated*,

                  Plaintiffs,

        -v-

SKYLINE RESTORATION INC. d/b/a SKYLINE
RESTORATION, et al.,

                  Defendants.
---------------------------------------------------------------X

21-CV-647 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's Order dated April 9, 2021, ECF No. 28, and the extension granted in the Court's Order dated April 23, 2021, ECF No. 33, no later than April 30, 2021. the parties were required to submit their settlement agreement to the Court along with a joint letter explaining the basis for the proposed settlement and why, if parties contemplate dismissal under Rule 41, it should be approved as fair and reasonable, with reference to the factors discussed in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). The letter was also to address, if applicable, any incentive payments to the plaintiffs and any attorney's fee award to plaintiffs' counsel (with documentation to support the latter, if appropriate).

    To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **May 6, 2021**. Further extensions are unlikely to be granted.

    SO ORDERED.

Dated: May 3, 2021
       New York, New York

                                                    JESSE M. FURMAN
                                                  United States District Judge